# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2014

147608

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANGELA M. SABATOS,
           Plaintiff-Appellee,

v

CHERRYWOOD LODGE, INC.,
           Defendant-Appellant.

SC: 147608
COA: 302644
Alger CC: 2010-005008-NO

_____/

      On order of the Court, the application for leave to appeal the July 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014



Clerk

t0129